# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSEPH JERNIGAN,

    Plaintiff,

v.                                                                     Case No. 6:22-cv-333-RBD-DCI

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____

## ORDER

In this Fair Labor Standards Act case, the parties settled their dispute at a settlement conference before U.S. Magistrate Judge Leslie Hoffman Price. (Doc. 52.) Judge Hoffman Price entered a Report and Recommendation stating the terms of the settlement and recommending that the Court find it fair and reasonable. (Doc. 53 ("R&R").) There were no objections (Doc. 56), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 53) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The parties' settlement agreement, as set forth in the R&R (Doc. 53), is **APPROVED** as fair and reasonable.

3. Defendant's motion for summary judgment (Doc. 48) is **DENIED AS MOOT**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.[1]

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 9, 2023.

ROY B. DALTON JR.
United States District Judge

---

[1] Fees were subsequently settled separately, so the Court need not keep the case open as the R&R recommended. (Doc. 54.)